# Exhibit B

| | |
|---|---|
| **From:** | Fugh, Justina |
| **To:** | Coyle, Ann |
| **Cc:** | ethics |
| **Subject:** | RE: Stand up for science letter from employees to Zeldin |
| **Date:** | Tuesday, July 1, 2025 5:30:16 PM |
| **Attachments:** | image001.png |

Hi Ann,

I was asked a similar question earlier today so looked at the petition ( www.standupforscience.net ).  I responded by saying that there is nothing in this petition to raise any concerns under the Hatch Act, so the next question to Ethics was whether signing a petition, presumably on personal time, with reference generally to EPA position (for those who are still at EPA, even in administrative leave) presented any misuse of position concerns.  I consulted with my team during our staff meeting, and they corroborated my initial reaction:  the employees are simply exercising their first amendment rights to express their opinions.  The petition states on its face that the employees are acting in their personal capacity and on their own time, so one cannot reasonably assume that they are intentionally misusing their federal positions to bolster their opinions.
Justina

Justina Fugh | Director, Ethics Office | Office of General Counsel | US EPA | Mail Code 2311A | Room 4308 WJC North| Washington, DC 20460 | phone 202-564-1786
Have an ethics question? Please email ethics@epa.gov or visit our intranet site at
https://work.epa.gov/ethics

**From:** Coyle, Ann <coyle.ann@epa.gov>
**Sent:** Tuesday, July 1, 2025 4:50 PM
**To:** ethics <ethics@epa.gov>
**Subject:** Stand up for science letter from employees to Zeldin

I have been asked if the way some current EPA employees signed this letter is a misuse of position under the ethics regulations. Here's the full link: https://www.standupforscience.net/epa-declaration. I assume the question arose because the letter states the EPA employees signed in their personal capacities, but then only identify biographical details related to their EPA positions (variously, title, office, region, etc.). Thoughts on how to respond?

Thanks and take care,

Ann



Ann Coyle
Regional Judicial Officer
Assistant Deputy Ethics Official

312.886.2248

coyle.ann@epa.gov

**From:**     Fugh, Justina
**To:**       Altizer, Stephen
**Subject:**  RE: Support EPA Staff Now! — STAND UP FOR SCIENCE
**Date:**     Wednesday, July 2, 2025 4:42:54 PM

Hi Elise,

We've been asked this question twice already.  My staff and I have looked at the petition ( www.standupforscience.net ) and concluded that there is no ethics concern.  First, there is nothing in this petition to raise any concerns under the Hatch Act.  Second, the petition states on its face that the employees are acting in their personal capacity and on their own time.  Even those who identify themselves as current EPA employees (many are anonymous) do not present any misuse of position concerns. The employees are simply exercising their first amendment rights to express their opinions and, we conclude, are not intentionally misusing their federal positions to bolster their opinions.

Justina

Justina Fugh | Director, Ethics Office | Office of General Counsel | US EPA | Mail Code 2311A | Room 4308 WJC North| Washington, DC 20460 | phone 202-564-1786

Have an ethics question? Please email ethics@epa.gov or visit our intranet site at https://work.epa.gov/ethics

| | |
|---|---|
| **From:** | Fugh, Justina |
| **Sent:** | Friday, July 11, 2025 2:04 PM |
| **To:** | Payne, James (Jim) |
| **Subject:** | one more note … |

Hi Jim,

As you know, I often meet with senior ethics officials at other federal agencies.  Because the petition and the EPA response made the news, it arose in the course of my usual conversations. (b) (5)

Justina

Justina Fugh | Director, Ethics Office | Office of General Counsel | US EPA | Mail Code 2311A | Room 4308 WJC North| Washington, DC 20460 | phone 202-564-1786

Have an ethics question? Please email ethics@epa.gov or visit our intranet site at https://work.epa.gov/ethics

1