# Exhibit D

**From: Smith, Kathryn** Smith.Kathryn@epa.gov  📎
**Subject:** RE: Update and Asks - Declaration Signers
**Date:** August 28, 2025 at 8:34 AM
**To:** Nichols, Nathanael nichols.nathanael@epa.gov, Penley, Gina Penley.Gina@epa.gov
**Cc:** Davis, Nikki davis.nikki@epa.gov, Clark, Jennifer Clark.Jennifer@epa.gov, Wells, Krysti Wells.Krysti@epa.gov

KS

## CUI//PRIVILEGE

Adding Krysti.

Sincerely,
Kathryn

---

**Kathryn Smith**
Acting Deputy Director
Office of Human Capital Operations (OHCO)
Office of Mission Support (OMS)
U.S. Environmental Protection Agency
Office: 919-541-4216 Cell: 919-698-0014



Controlled by U.S. Environmental Protection Agency

**From:** Nichols, Nathanael <nichols.nathanael@epa.gov>
**Sent:** Thursday, August 28, 2025 8:32 AM
**To:** Smith, Kathryn <Smith.Kathryn@epa.gov>; Penley, Gina <Penley.Gina@epa.gov>
**Cc:** Davis, Nikki <davis.nikki@epa.gov>; Clark, Jennifer <Clark.Jennifer@epa.gov>
**Subject:** RE: Update and Asks - Declaration Signers

## CUI//PRIVILEGE

Hi Kathryn,

To be clear, my legal advice is not to take any adverse action against employees who signed the declaration.  While probationary employees may not appeal a termination to MSPB, they may still have a cause of action in federal court that their termination constituted illegal retaliation for their first amendment protected speech.

For employees with appeal rights to MSPB, they can raise as an affirmative defense that their signing the letter constituted first amendment protected activity.

As you know, any litigation will expose the agency to extensive discovery, including possible depositions, that will involve senior decision-makers.  In the event of an adverse litigation outcome, the agency will be required to reinstate any terminated employees, with back pay, and pay attorney's fees.

While I do not expect any charge will withstand judicial review, if the agency is determined to take an action, then a charge of inappropriate conduct or conduct unbecoming makes sense.  This charge carries significant legal risk because it puts the content of employees' speech directly at issue and puts the agency in the position of defending why signing the letter was inappropriate.  However, it is a charge that could support a removal.

Happy to discuss further,

Nate

Nathanael Nichols
Assistant General Counsel, Employment Law Practice Group
Office of General Counsel, U.S. EPA
1200 Pennsylvania Ave., NW
WJC North,  Mail Code 2377A
Washington, DC 20460
phone: (202) 564-2960 | nichols.nathanael@epa.gov

Controlled by U.S. Environmental Protection Agency

**From:** Smith, Kathryn <Smith.Kathryn@epa.gov>
**Sent:** Thursday, August 28, 2025 7:54 AM
**To:** Nichols, Nathanael <nichols.nathanael@epa.gov>; Penley, Gina <Penley.Gina@epa.gov>
**Cc:** Davis, Nikki <davis.nikki@epa.gov>
**Subject:** Update and Asks - Declaration Signers

Hi,

Krysti asked us to work on being ready for a decision to come this AM on declaration signers, there is a meeting at 9:15.
1. Gina, can you please get a draft started for a standard removal for the probationary period employees who signed the declaration? Feel free to have a staff member do it, but we should expect to issue Friday, so it needs to be quick/amazing.
2. Gina, can you also please have someone pull the eOPFs and share with Nate's team to confirm they are probationary?
3. Nate, can you please assist us with drafting a standard charge/spec to use for a proposal, should they decide today they want to take action against anyone who has due process rights? I know you don't usually draft these but I think you have done a lot of analysis on this and our timeline doesn't allow for much back-and-forth.

This is the list I have of likely probationers (yellow just designates NTEU):

| Name | Office/Region | Probationary/Trial | When probation/trial ends? | BUS code | Name |
|------|---------------|--------------------|-----------------------------|----------|------|
| BALANI, CLAIRE MARIE | REGION 2 | Initial Probationary Period | 11/16/2025 | 1050 | AFGE PROFESSIONALS (EXCLUDES R10) |
| GARTNER, ELENA D. | REGION 2 | Initial Probationary Period | 2/23/2026 | 1050 | AFGE PROFESSIONALS (EXCLUDES R10) |
| HARRIS, ANDREAS MARK | REGION 5 | Initial Probationary Period | 11/16/2025 | 1050 | AFGE PROFESSIONALS (EXCLUDES R10) |
| KRUKOWSKI, MONTANA JAMES | REGION 5 | Initial Probationary Period | 11/30/2025 | 1050 | AFGE PROFESSIONALS (EXCLUDES R10) |
| LAIRD, ANNA COLLEEN | REGION 10 | Initial Probationary Period | 3/23/2026 | 1050 | AFGE PROFESSIONALS (EXCLUDES R10) |
| OCONNOR, CECILIA ANNE | REGION 5 | Initial Probationary Period | 1/11/2026 | 1050 | AFGE PROFESSIONALS (EXCLUDES R10) |
| BARNARD, CASEY ELIZABETH | OFFICE OF WATER | Initial Probationary Period | 11/30/2025 | 1053 | NTEU PROFESSIONALS IN WASHINGTON, DC |
| EYTCHESON, STEPHANIE ANN | OFC RESEARCH & DEVELOP | Initial Probationary Period | 11/30/2025 | 1053 | NTEU PROFESSIONALS IN WASHINGTON, DC |
| COLE, ALEXANDER ROBERT | OFC RESEARCH & DEVELOP | Initial Probationary Period | No End Date (temp) | 7777 | |
| WRIGHT, ALEXIS MARIE JOHNSON | OFC OF ADMINISTRATOR | Initial Probationary Period | No End Date (temp) | 7777 | |

Sincerely,
Kathryn

---

**Kathryn Smith**
Acting Deputy Director
Office of Human Capital Operations (OHCO)
Office of Mission Support (OMS)
U.S. Environmental Protection Agency
Office: 919-541-4216 Cell: 919-698-0014

